IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS D. SAILORS,<br><br>      Plaintiff,<br><br>vs.<br><br>MAXWELL HUBKA, City of Lincoln Police Ofc. #1655, in their individual capacities; COLE JENNINGS, City of Lincoln Police Ofc. #1650, in their individual capacities; and DANIEL KEYES, Special Administrator of the Estate of Paul Keyes, US Marshal #3483, in their individual capacities;<br><br>      Defendants. | 8:18CV189<br><br>ORDER |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 15th day of January, 2019.

                                          BY THE COURT:

                                          *s/ Cheryl R. Zwart*
                                          United States Magistrate Judge