# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS D. SAILORS,<br><br>Plaintiff,<br><br>vs.<br><br>MAXWELL HUBKA, City of Lincoln Police Ofc. #1655, COLE JENNINGS, City of Lincoln Police Ofc. #1650, and DANIEL KEYES, Special Administrator of the Estate of Paul Keyes, US Marshal #3483, in their individual capacities;<br><br>Defendants. | 8:18CV189<br><br>**ORDER** |

This matter comes before the Court following a telephonic status conference held with counsel for the parties. Plaintiff's counsel suggested that the case be stayed pending the final disposition of his tort claim by the appropriate federal agency to avoid piecemeal litigation of his civil rights claim and any potential tort claim. See 28 U.S.C. § 2675. Although counsel for the City of Lincoln Police Officers objects to the stay, the Court finds that the stay would promote judicial economy and is in the best interests of the parties and the Court. Accordingly,

**IT IS ORDERED:** This case is stayed through **October 1, 2019**. On or before that date the parties shall notify the Court of the status of this case.

Dated this 1st day of July, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge