IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS D. SAILORS,<br><br>               Plaintiff,<br><br>vs.<br><br>UNITED STATES ATTORNEY GENERAL,<br><br>               Defendant. | **8:18CV189**<br><br>**ORDER** |

This matter is before the Court on defendant's pro se motion to appeal. Filing No. 119. The Court notes that counsel Vince Powers was appointed to represent the defendant through trial. Filing No. 8. The Court has carefully reviewed defendant's request and determines that defendant is without sufficient funds for his appeal, and therefore, the Court will grant his motion.

THEREFORE, IT IS ORDERED THAT defendant's motion for leave to appeal in forma pauperis, Filing No. 119, is granted.

Dated this 20th day of July, 2021.

                                                                                               BY THE COURT:

                                                                                               s/ Joseph F. Bataillon
                                                                                               Senior United States District Judge